**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐    2nd    Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Rene Carlos Sargenton    JOINT DEBTOR: _____ CASE NO.: 13-27815-RAM
Last Four Digits of SS# 1865    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of    60    months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.  $   198.54     for months    1    to    60   ;
  B.  $_____     for months _____ to _____;
  C.  $_____     for months _____ to _____; in order to pay the following creditors:

Administrative:    Attorney's Fee - $  3,500.00 +150.00 Costs    TOTAL PAID $  2,000.00
                   Balance Due-  $  1,650.00  payable $ 165.00 /month (Months  1  to  10 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____        Arrearage on Petition Date  $_____
Address: _____        Arrears Payment    $_____/month (Months ___ to ___)
         _____        Regular Payment    $_____/month (Months ___ to ___)
Account No: _____


**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____     Total Due $_____
                             Payable  $_____/month (Months_____ to _____)

Unsecured Creditors: Pay $ 13.68  month (Months 1 to  10 ), $ 178.68 month (Months 11 to 60 )
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:    Home Financing Center (mtg is current and being paid outside the chapter 13 plan. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case.

**The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____/s_____
Debtor
Date:    10/28/13

LF-31 (rev. 01/08/10)